[No. 20657–5–I.  Division One.  December 30, 1987.]

DOROTHY CAMER, *as Guardian, Appellant,* v. DAVID STEVENS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 82–2–05340–6, Shannon Wetherall, J., entered

June 12, 1986. *Affirmed* by unpublished opinion per Ringold, A.C.J., concurred in by Swanson and Pekelis, JJ.